**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. BarnesDate: July 6, 2009
Court Reporter: Darlene Martinez
Probation Officer: Doug Randolph

_____

Criminal Action No. 09-cr-00050-CMA-01

*Parties:**Counsel:*

UNITED STATES OF AMERICA,Tim Neff

Plaintiff,

v.

CURTIS DUFF,John Sullivan, III

Defendant.

_____

**SENTENCING MINUTES**
_____

**8:31 a.m.Court in session**.

Defendant present on bond.

Change of Plea Hearing: March 12, 2009.

Defendant plead guilty to Counts One and Two of the Information.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

**ORDER:**Government's Motion for Sentencing Reduction for Defendant Curtis Duff Pursuant to U.S.S.G. § 5K1.1 **(20)** is **granted**.

**Defendant sentenced as reflected in the record, restitution reserved**.

Defendant advised of the right to appeal.

**DEADLINES/HEARINGS:**
Restitution Hearing set for **September 11, 2009, at 3:30 p.m.**

**ORDER:**   Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon within 15 day of the date of designation.

**ORDER:**   Bond is discharged.

**9:12 p.m.**   **Court in recess/hearing concluded**.

Total in-court time: 00:41